**Order filed, July 08, 2015.**



In The

# Fourteenth Court of Appeals

———————

**NO. 14-15-00447-CR**

———————

**JERRY  MAC  CAMERON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 263rd District Court
Harris County, Texas
Trial Court Cause No. 1373848**

---

## ORDER

The reporter's record in this case was due **June 29, 2015**. *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record. The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Marcia Barnett**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM